STATE OF OREGON,
*Respondent,*

*v.*

DARRELL DEAN COX,
*Appellant.*

(10-82-00339, 10-82-00340, 10-82-05485, 10-83-02744;
CA A29430 (Control), A29431, A29432, A29433)
(Cases Consolidated)

693 P2d 1320

Sally L. Avera, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

Defendant's convictions in these four consolidated cases are affirmed. The sentences are vacated and the cases are remanded for resentencing. *See State v. Stock,* 56 Or App 857, 643 P2d 877 (1982).

Convictions affirmed; sentences vacated; remanded for resentencing.